# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CHARISE L. MADDEN,

         Plaintiff,                        Case No. 3:12-cv-284

                                         District Judge Walter Herbert Rice

       -vs-                              Magistrate Judge Michael R. Merz

                          :

GARNIER MANUFACTURING
  COMPANY,

         Defendant.

---

## ORDER TO APPLY FOR *IN FORMA PAUPERIS* STATUS

---

This case is before the Court on initial filing of Plaintiff's Complaint (Doc. No. 1).  In the body of the Complaint, Plaintiff asserts "that she is a pauper within the statutory guidelines and as such, unable to pay the cost of these proceedings or give security thereof." *Id*.  PageID 1.

This Court is not permitted by law to grant *in forma pauperis* status merely upon a party's assertion that she qualifies.  Accordingly, the Clerk is ordered to furnish Plaintiff with a copy of the standard form for applying for *in forma pauperis* status in this Court.  Upon its filing, the Court will determine whether the case can proceed *in forma pauperis* or whether Plaintiff must pay the filing fee.

August 22, 2012.

                                            s/ *Michael R. Merz*
                                      United States Magistrate Judge